John J. Tiemessen
CLAPP PETERSON TIEMESSEN
THORSNESS LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701
Email: fairbanks@cplawak.com
Telephone: (907) 479-7776
Attorneys for United Car Care, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ISAAC ZOREA,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE WARRANTY SERVICES, an Illinois Corporation; UNITED CAR CARE, INC., a Colorado Corporation; and PAYLESS AUTO CARE, LLC, an Alaskan Limited Liability Company,<br><br>Defendants. | 3:26-cv-00182-ACP |

**NOTICE OF FILING STATE COURT PLEADINGS**

COMES NOW Defendant United Car Care, Inc., by and through its attorneys, Clapp Peterson Tiemessen Thorsness LLC, and pursuant to 28 U.S.C. §1446(a), hereby gives notice that it is herewith filing the following documents, which consist of copies of the following identified process, pleadings, and orders filed in the case entitled *Isaac Zorea v. Endurance Warranty Services, an Illinois Corporation; United Car Care, Inc., a Colorado*

*Corporation; and Payless Auto Care, LLC, an Alaskan Limited Liability Company*, Case No. 3AN-25-09889CI, filed in the District Court for the State of Alaska, Third Judicial District at Anchorage:

Exhibit A: Form CIV 128 dated November 4, 2025.

Exhibit B: Complaint for Damages dated October 23, 2025.

Exhibit C: Summons to Endurance Warranty Services, Inc. dated October 24, 2025.

Exhibit D: Summons to United Car Care, Inc. dated October 24, 2025.

Exhibit E: Summons to Payless Services, Inc. dated October 24, 2025.

Exhibit F: Complaint for Damages Amended dated March 16, 2026.

Exhibit G: Proof of Service dated March 16, 2026.

Exhibit H: Supplemental Summons to Payless Services, Inc. dated March 17, 2026.

Exhibit I: Supplemental Summons to United Car Care, Inc. dated March 17, 2026.

Exhibit J: Supplemental Summons to Endurance Warranty Services, Inc. dated March 17, 2026.

Exhibit K: Motion for Issuance of Corrected Summons dated March 20, 2026.

Exhibit L: Order on Motion for Issuance of Corrected Summons

Exhibit M: Summons to Payless Auto Care, LLC dated March 31, 2026.

Exhibit N: Summons to United Car Care, Inc. dated March 31, 2026.

Exhibit O: Summons to Endurance Warranty Services, Inc. dated March 31, 2026.

Exhibit P: Notice of Removal dated May 4, 2026.

DATED at Fairbanks, Alaska, this 22nd day of May, 2026.

CLAPP PETERSON TIEMESSEN
THORSNESS LLC
Attorneys for Defendant United Car Care, Inc.

BY: s/John J. Tiemessen
John J. Tiemessen
Alaska Bar No. 9111105

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2026, a copy of the foregoing document was served electronically through the ECF system on:

Isaac David Zorea, *pro se*
eyedz@gci.net

By: s/John J. Tiemessen