FILED IN THE ALASKA TRIAL COURTS ON 11/4/2025

**KEEP THIS FORM ON TOP OF CASE FILE**

## Important Procedures for Alaska Unfair Trade Practice and Consumer Protection Case

For cases brought under the Alaska Unfair Trade Practice and Consumer Protection Act, clerks must email copies of (1) the complaint, (2) any counterclaim or cross-claim, and (3) the final judgment or order to the Attorney General and fill out the appropriate certificate of distribution below. See AS 45.50.531(c).

**NOTE TO CLERKS: Before using this form always check the forms catalog to make sure you are using the most current version at all stages of the case: initiation, during, and closing.**

| | |
|---|---|
| Case No: 3AN-25-09889CI | Isaac Zorea vs. Endurance Warranty Services Inc et al |

**At case initiation:**

1. I emailed a copy of the complaint to the Consumer Protection Unit of the Office of the Attorney General at consumerprotection@alaska.gov.

2. I added docket **CPUCOPY1** in CourtView.

Date Completed: 11/04/2025____ Clerk's Initials: AWilley____

**During the case:**

1. I emailed a copy of the counterclaims or cross-claims to the Consumer Protection Unit of the Office of the Attorney General at consumerprotection@alaska.gov.

2. I added docket **CPUCOPY3** in CourtView.

Date Completed: ______________ Clerk's Initials: __________

**At case closing:**

1. I emailed a copy of the final judgment or order to consumerprotection@alaska.gov.

2. I added docket **CPUCOPY2** in CourtView.

Date Completed: ______________ Clerk's Initials: __________