FILED IN THE ALASKA TRIAL COURTS ON 3/16/2026

| AK Trial Courts | PROOF OF SERVICE | 3AN-25-09889CI<br>Zorea, Isaac vs. Endurance Warranty Services Inc et al KLM |
|---|---|---|

1. At the time of service, I was at least 18 years of age.
2. My email address used to e-serve: **izorea.law@gmail.com**
3. I served a copy of the following document(s) indicated below:

Title(s) of documents served:

- **Amended Complaint/Petition/Application:** Complaint for Damages Amended
- **Summons:** Summons and Notice to Both Parties Payless Services
- **Summons:** Summons and Notice to Both Parties United Car Care
- **Summons:** Summons and Notice to Both Parties Endurance

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Isaac Zorea | izorea.law@gmail.com | e-Serve | 3/16/2026 8:39:44 PM |
| Law Office of Isaac Derek Zorea | | aed92295-cc81-4663-a37f-1e17e7bf7f1c | |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling. The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

3/16/2026 8:39:44 PM
Date

/s/Isaac Zorea
Signature

Zorea, Isaac (0011090)
Last Name, First Name (Attorney Number)

Law Office of Isaac Derek Zorea
Firm Name