FILED IN THE ALASKA TRIAL COURTS ON 3/20/2026

Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 90844
Anchorage, AK 99509
(907) 830-1385
*izorea.law@gmail.com*

In The District Court For The State of Alaska
Third Judicial District At Anchorage

| | | |
|---|---|---|
| ISAAC ZOREA,<br>Plaintiff,<br>vs.<br><br>ENDURANCE WARRANTY SERVICES, an Illinois corporation; UNITED CAR CARE, INC., a Colorado corporation; and PAYLESS AUTO CARE, LLC., an Alaskan Limited Liability company,<br>Defendant. | ) | Case No: 3AN-25-09889CI |

## MOTION FOR ISSUANCE OF CORRECTED SUMMONS #1

COMES NOW, Isaac Zorea, the plaintiff above named, by and through his attorney, Isaac Derek Zorea, to request the issuance of corrected summons for the above named defendants. Plaintiff amended his complaint on March 16, 2026 to correct the identity of one of the defendants, Payless Auto Care, LLC. In the original complaint, Payless Auto Care, LLC's identity was incorrectly identified as Payless Services, Inc.. When Plaintiff corrected the complaint, he requested the issuance of new summons and notice to both parties of judicial assignment. Unfortunately, Plaintiff failed to correct the caption for the summons presented for reissuance and so the supplemental summonses provided had the incorrect case caption, listing

the incorrect identify for Payless Auto Care, LLC.

Plaintiff is requesting the reissuing of the summons and notice to both parties of judicial assignment (attached) that have the amended case caption.

Dated: March 20, 2026

/s/ Isaac D Zorea
Isaac D. Zorea
ABA No. 0011090
*Pro Se*