IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Isaac Zorea
Plaintiff(s),
vs.

Endurance Warranty Services Inc et al
Defendant(s).

CASE NO: 3AN-25-09889CI

**ORDER ON MOTION FOR ISSUANCE OF CORRECTED SUMMONS (#1)**

It is ordered that:

x The motion is granted.

☐ The motion is denied.

☐ A hearing on the motion will be held at ______________________________ Courtroom ____________ (Time and Date)

**Further Orders**:

3-24-26
Effective Date

Judge's Signature

Type or Print Judge's Name

I certify that on ______________
a copy of this order and notice was mailed:

Clerk: ________________

CIV-820 (5/02)
Order on Motion

Civil Rules 7(b) & 77

# Alaska Trial Courts

# Certificate of Distribution

**Case Number: 3AN-25-09889CI**

**Case Title: ZOREA, ISAAC VS. ENDURANCE WARRANTY SERVICES INC**

---

**The Alaska Trial Courts certify that the Order Granting Motion: Motion for Issuance of Corrected Summons Judge Kari McCrea Zorea, Isaac Case Motion #1 Motion for Issuance of Corrected Summons was distributed to:**

| Recipient | Servicing Method | Distribution Date |
|---|---|---|
| Isaac Zorea | Email | 3/25/2026 |