IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Isaac Zorea

Plaintiff(s),

vs.

Endurance Warranty Services, Inc.; United Car Care, Inc.; Payless Auto Care, LLC

Defendant(s).

CASE NO. 3AN-25-09889CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: Payless Auto Care, LLC

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Isaac Derek Zorea, whose address is: PO Box 90844, Anchorage, AK 99509.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☐ This case has been assigned to Superior Court Judge ______________.
and to a magistrate judge.

☑ This case has been assigned to District Court Judge McCrea.

SEAL OF THE TRIAL COURTS — STATE OF ALASKA

CLERK OF COURT

03/31/2026
Date

By: [signature]
Deputy Clerk

I certify that on __________ a copy of this Summons was ☐ mailed ☐ given to ☑ plaintiff ☐ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk DGates

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

# Alaska Trial Courts

# Certificate of Distribution

**Case Number:** 3AN-25-09889CI

**Case Title:** ZOREA, ISAAC VS. ENDURANCE WARRANTY SERVICES INC

---

The Alaska Trial Courts certify that the Amended Supplemental Summons and Notice to Both Parties of Judicial Assignment was distributed to:

| Recipient | Servicing Method | Distribution Date |
|---|---|---|
| Isaac Zorea | Email | 3/31/2026 |