FILED IN THE ALASKA TRIAL COURTS ON 5/4/2026

Clapp Peterson Tiemessen Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

ISAAC ZOREA,

Plaintiff,

v.

ENDURANCE WARRANTY SERVICES, an Illinois Corporation; UNITED CAR CARE, INC., a Colorado Corporation; and PAYLESS AUTO CARE, LLC, an Alaskan Limited Liability Company,

Defendants.

Case No. 3AN-25-09889CI

## NOTICE OF REMOVAL

Defendant United Car Care, Inc., by and through its attorneys Clapp Peterson Tiemessen Thorsness LLC, hereby notifies the Court that a Notice of Removal regarding the above-captioned case was filed this date in the United States District Court for the District of Alaska at Anchorage. A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. Section 1446(d), the above-captioned action is now removed and all further proceedings in *Isaac Zorea v. Endurance Warranty Services, et. al.*, Case No. 3AN-25-09889CI in the District Court for the state of Alaska, Third Judicial District at Anchorage, are hereby stayed.

//

DATED at Fairbanks, Alaska, this 4th day of May, 2026.

CLAPP PETERSON TIEMESSEN THORSNESS LLC
Attorneys for Defendant United Car Care, Inc.

BY: s/John J. Tiemessen
John J. Tiemessen
Alaska Bar No. 9111105

**Clapp Peterson Tiemessen Thorsness LLC**
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

John J. Tiemessen
CLAPP PETERSON TIEMESSEN
THORSNESS LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701
Email: fairbanks@cplawak.com
Telephone: (907) 479-7776
Attorneys for United Car Care, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ISAAC ZOREA,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE WARRANTY SERVICES, an Illinois Corporation; UNITED CAR CARE, INC., a Colorado Corporation; and PAYLESS AUTO CARE, LLC, an Alaskan Limited Liability Company,<br><br>Defendants. | 3:26-cv-____________<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant United Car Care, Inc., hereby removes the state court action captioned *Isaac Zorea v. Endurance Warranty Services, an Illinois Corporation; United Car Care, Inc., a Colorado Corporation; and Payless Auto Care, LLC, an Alaskan Limited Liability Company*, Case No. 3AN-25-09889CI, pending in the District Court for the State of Alaska, Third Judicial District at Anchorage ("Action"), to

this Court pursuant to 28 U.S.C. sections 1331, 1441, 1446 and 15 U.S.C. 2310. The grounds for removal are as follows:

**THE REMOVED CASE**

1. This is a civil consumer rights action in which plaintiff Isaac Zorea alleges that the defendants violated the Magnuson-Moss Warranty Act, the Alaska Unfair Trade Practices and Consumer Protection Act (UTPCPA), engaged in bad faith claims handling, breached contract, breached the implied covenant of good faith and fair dealing, and committed professional negligence.

2. Plaintiff filed his complaint on or about March 16, 2026, in the District Court for the state of Alaska, Third Judicial District at Anchorage, Alaska, and served defendant United Car Care, Inc. on or about April 6, 2026.

3. The Action could have been originally filed in this court pursuant to 15 U.S.C. 2310 in that federal courts have jurisdiction over claims brought under the Magnuson–Moss Act when the amount in controversy is in excess of $50,000.

**REMOVAL IS APPROPRIATE AND TIMELY**

This notice of removal is filed within 30 days after defendant United Car Care, Inc. received the complaint. This court has jurisdiction over claims filed under the Magnuson–Moss Act where the amount in controversy is over $50,000. See 15 U.S.C. 2310.

//

## AMOUNT IN CONTROVERSY

Pursuant to 15 U.S.C. 2310 the amount in controversy in a case in which strict federal jurisdiction is based on a claim brought under the Magnuson – Moss Act must exceed $50,000, exclusive of interest and costs. The plaintiff has claimed actual damages of up to $42,750 plus punitive damages for bad faith conduct, restitution under the UTPCPA, reasonable attorney fees under the Alaska Unfair Trade Practices Act and Magnuson–Moss Warranty Act, and an award of statutory penalties available under Alaska consumer protection law.

Pursuant to AS 45.50.576, the Alaska Unfair Trade Practices and Consumer Protection Act (UTPCPA) provides for statutory penalties, including the possibility of treble damages. The request for these statutory penalties under the UTPCPA increases the amount in controversy to well over $50,000.

Under AS 45.50.537 of the Alaska UTPCPA, a claimant can recover full reasonable attorney fees. In *Shoner v. Carrier Corp.*, No. 20-56327 (9th Cir. April 14, 2022), the court held that if attorney fees are permitted under the state's own statutes for unfair trade practices, then that amount is added and included in the amount in controversy. Even absent the statutory penalties themselves bringing the amount well in excess of the jurisdictional monetary requirements, full reasonable attorney fees would also bring the amount in controversy to over $50,000.

It is clear from the complaint that the amount in controversy and the action is greater than $50,000 exclusive of interest and costs. The amount in controversy for Alaska District Court jurisdiction is up to $100,000 and the amount of the claim brought by plaintiff is over $50,000. As such, all the requirements for federal question jurisdiction under 28 U.S.C. Section 1331 and 15 U.S.C. Section 2310 are satisfied and this case is removable in accordance with 28 U.S.C. Section 1441.

**PAPERS FROM REMOVED ACTION AND OTHER REQUIREMENTS**

As required by 28 U.S.C. 1446(a), copies of all process, pleadings and orders in the action in United Car Care, Inc.'s possession are attached hereto as Exhibit A (Summons and Notice to Both Parties of Judicial Assignment and Complaint for Damages Amended) and incorporated herein by this reference.

Pursuant to 28 U.S.C. Section 1446(d) United Car Care, Inc. is filing a written notice of this removal with the clerk of the Trial Courts for the State of Alaska, Third Judicial District at Anchorage. Copies of this notice of removal and the notice of filing this notice of removal directed to the clerk of the Trial Courts for the State of Alaska, Third Judicial District at Anchorage are also being served upon plaintiff as required by 28 U.S.C. Section 1446(d).

Wherefore, United Car Care, Inc., respectfully removes the Action from the District Court for the State of Alaska, Third Judicial District at Anchorage, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, as well as 15 U.S.C. Section 2310.

DATED at Fairbanks, Alaska, this 4th day of May, 2026.

CLAPP PETERSON TIEMESSEN THORSNESS LLC
Attorneys for Defendant United Car Care, Inc.

BY: s/John J. Tiemessen
John J. Tiemessen
Alaska Bar No. 9111105

CERTIFICATE OF SERVICE
This is to certify that on May 4, 2026, a true and correct copy of the foregoing document was served via email on the following counsel of record:

Isaac David Zorea, *pro se*
Law Offices of Isaac David Zorea
P.O. Box 90844
Anchorage, AK 99509
Izorea.law@gmail.com

By: s/Michelle Martin

Date: 05/04/2026

FILED IN THE ALASKA TRIAL COURTS ON 5/4/2026

| AK Trial Courts | **PROOF OF SERVICE** | 3AN-25-09889CI<br>Zorea, Isaac vs. Endurance Warranty Services Inc et al KLM |
|---|---|---|

1. At the time of service, I was at least 18 years of age.
2. My email address used to e-serve: **jjt@cplawak.com**
3. I served a copy of the following document(s) indicated below:

Title(s) of documents served:

- **Notice:** Notice of Removal

| Person Served | Service Address | Type | Service Date |
|---|---|---|---|
| Isaac Zorea | izorea.law@gmail.com | e-Serve | 5/4/2026 2:05:00 PM |
| Law Office of Isaac Derek Zorea | | 3b12e829-28dc-4988-a4fc-143e7b4bf5e8 | |
| John Tiemessen | jjt@cplawak.com | e-Serve | 5/4/2026 2:05:00 PM |
| CLAPP PETERSON ETAL | | 0fefac8c-0529-4e24-9556-c364cf2eb27e | |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling. The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

5/4/2026 2:05:00 PM
Date

/s/John Tiemessen
Signature

Tiemessen, John (9111105)
Last Name, First Name (Attorney Number)

CLAPP PETERSON ETAL
Firm Name